IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01568-BNB

DEBORAH L. HENLEY,

    Plaintiff,

v.

VERIZON,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2009

GREGORY C. LANGHAM
                  CLERK

---

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 27th day of July, 2009.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01568-BNB

Deborah L. Henley
5455 Wilson Road
Colorado Springs, CO 80919

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/27/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk